# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 15-1515 RB | UNITED STATES vs. JACQUEZ, ET AL |
|---|---|

**Before The Honorable Carmen E. Garza, United States Magistrate Judge**

| Hearing Date: | 11/19/15 | Time In and Out: | 9:48-9:49; 10:11-10:23 A.M. (12 MIN) |
|---|---|---|---|
| Clerk: | B. WILSON | Digital Recording: | LC-Sierra Blanca |
| Defendant: | LYNETTE MEDINA | Defendant's Counsel: | HERMAN E. ORTIZ |
| AUSA: | AARON JORDAN | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of: **Indictment**
☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☒ Terms and conditions of proposed plea agreement explained.
☒ Defendant indicates understanding of its terms.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
☒ Deft pleads GUILTY to: **Indictment**
☒ Allocution by Deft on elements of charge(s).
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☒ Deft adjudged guilty.
☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☒ Sentencing Date: **to be notified**
☐ Defendant to Remain in Custody
☐ Present conditions of release continued
☒ Conditions changed to: O/R BOND & CONDITIONS SET
☐ Penalty for failure to appear explained
☒ Presentence Report Ordered
☐ Expedited (Type III)

Continued on Page Two

Other Matters:  DEFENSE STATES THAT ONE OF THE AGREEMENTS WITH THE GOVERNMENT WAS THAT THEY WOULD NOT OPPOSE THE DEFENDANT'S RELEASE FOLLOWING THE PLEA TO A SUITABLE THIRD PARTY CUSTODIAN AND THAT IT DOES NOT HAVE TO BE SOMEONE FROM OUT OF STATE, IT CAN BE SOMEONE IN THE SILVER CITY AREA; DEFENDANT'S MOTHER NEEDS TO BE INTERVIEWED TO SEE IF SHE IS SUITABLE.  PRETRIAL STATES THEY CAN INTERVIEW HER TODAY.   AUSA STATES THERE ARE EXCEPTIONAL CIRCUMSTANCES THAT EXIST TO ALLOW DEFENDANT TO BE RELEASED.   COURT WILL SET CONDITIONS TODAY, AND ONCE PRETRIAL FINDS A SUITABLE THIRD PARTY CUSTODIAN, DEFENDANT CAN BE RELEASED ON THE FOLLOWING CONDITIONS.

O/R BOND
THIRD PARTY CUSTODY OF ALICIA CARRASCO
RESIDE WITH THIRD PARTY CUSTODIAN
PRETRIAL SERVICES SUPERVISION
ABIDE BY STANDARD CONDITIONS AND ANY SPECIAL CONDITIONS PRETRIAL SETS
NO CONTACT WITH CO-DEFENDANTS
SURRENDER PASSPORT
TRAVEL RESTRICTED TO COUNTY OF RESIDENCE, WITH DIRECT TRAVEL TO LAS CRUCES TO ATTEND COURT AND MEET WITH ATTORNEY; NO TRAVEL TO MEXICO
SUBSTANCE ABUSE COUNSELING AND TESTING
ABIDE BY ANY OTHER CONDITIONS SET BY PRETRIAL