IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 15-1515 RB |
| ) | |
| Daniel Lee Jacquez, et.al. ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 29, 2017 and ending on May 28, 2017. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2017 at Las Cruces, NM.

Andrea Roebuck
FSA Paralegal/Legal Assistant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
COURT CASE NUMBER: 15-1515 RB; NOTICE OF FORFEITURE

Notice is hereby given that on April 27, 2017, in the case of <u>U.S. v. Daniel Lee Jacquez, et.al.</u>, Court Case Number 15-1515 RB, the United States District Court for the District of New Mexico entered an Order condemning and forfeiting the following property to the United States of America:

Assorted Firearms, VL: $14.00 (15-DEA-612117), including the following items: 1 Taurus .357 Magnum Revolver with holster, Ser No: EM350803; 1 Ruger LC9 9mm Pistol, Ser No: 322-61299; 1 Glock Ges MBH 19 9mm Pistol, Ser No: NAS672; 1 Glock Ges MBH 19 9 mm Pistol, Ser No: PFG005; 1 Smith & Wesson Bodyguard 380 Pistol, Ser No: KAN4458; 1 Beretta Nano 9mm Pistol with holster, Ser No: NU073964; 1 Arms Industry 1911 Para Expert .45 Pistol, Ser No: 015080NW; 1 Mossbert 500 20 Gauge Pump Shotgun, Ser No: U447329; 1 Umarex MP Uzi .22 Rifle, Ser No: W1012534; 1 Ruger Sturm 10-22 .22 Rifle, Ser No: 826-64536; 1 Ruger Sturm 10-22 .22 Rifle, Ser No: 828-47211; 1 Ruger Sturm 10-22 .22 Rifle, Ser No: 826-64595; 1 Mossberg Sons 500A 12 Gauge Pump Shotgun, Ser No: U279954; 1 Armlite AR-15 223 Assault Rifle, Ser No: 54689F13, a box of Hornady ammunition containing 25 9mm cartridges, a magazine, 8 .40 cartridges, and miscellaneous ammunition identified as Exhibitis N-225, N-226 and N-227 which was seized from Daniel Lee Jacquez on April 30, 2015 at 508 E. 32nd Street, located in Silver City, NM

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 29, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 100 N. Church Street, Suite 280, Las Cruces, NM  88001, and a copy served upon Assistant United States Attorney Brock Taylor, 555 S. Telshor Blvd., Suite 300, Las Cruces, NM  88011. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

ATTACHMENT 1



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 29, 2017 and May 28, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Daniel Lee Jacquez, et.al.

**Court Case No:** 15-1515 RB
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/29/2017 | 24.0 | Verified |
| 2 | 04/30/2017 | 24.0 | Verified |
| 3 | 05/01/2017 | 24.0 | Verified |
| 4 | 05/02/2017 | 24.0 | Verified |
| 5 | 05/03/2017 | 24.0 | Verified |
| 6 | 05/04/2017 | 24.0 | Verified |
| 7 | 05/05/2017 | 24.0 | Verified |
| 8 | 05/06/2017 | 24.0 | Verified |
| 9 | 05/07/2017 | 24.0 | Verified |
| 10 | 05/08/2017 | 24.0 | Verified |
| 11 | 05/09/2017 | 24.0 | Verified |
| 12 | 05/10/2017 | 24.0 | Verified |
| 13 | 05/11/2017 | 24.0 | Verified |
| 14 | 05/12/2017 | 24.0 | Verified |
| 15 | 05/13/2017 | 24.0 | Verified |
| 16 | 05/14/2017 | 24.0 | Verified |
| 17 | 05/15/2017 | 24.0 | Verified |
| 18 | 05/16/2017 | 24.0 | Verified |
| 19 | 05/17/2017 | 24.0 | Verified |
| 20 | 05/18/2017 | 24.0 | Verified |
| 21 | 05/19/2017 | 24.0 | Verified |
| 22 | 05/20/2017 | 24.0 | Verified |
| 23 | 05/21/2017 | 24.0 | Verified |
| 24 | 05/22/2017 | 24.0 | Verified |
| 25 | 05/23/2017 | 24.0 | Verified |
| 26 | 05/24/2017 | 24.0 | Verified |
| 27 | 05/25/2017 | 24.0 | Verified |
| 28 | 05/26/2017 | 24.0 | Verified |
| 29 | 05/27/2017 | 24.0 | Verified |
| 30 | 05/28/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

ATTACHMENT 1